IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHANNON SPEARS                                                    PETITIONER

v.                              No. 4:20-cv-266-DPM

WHITE COUNTY DETENTION CENTER                      RESPONDENT

ORDER

Unopposed recommendation, *Doc. 6*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Spears hasn't paid the filing fee or filed an application to proceed *in forma* pauperis; and he hasn't kept his mailing address current. *Doc. 3–5*. His petition will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 June 2020