IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHANNON SPEARS                                                PETITIONER

v.                            No. 4:20-cv-266-DPM

WHITE COUNTY DETENTION CENTER            RESPONDENT

## JUDGMENT

Spears's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 June 2020